

Your Account › Your Orders › Order Details

# Order Details

Ordered on November 2, 2022  |  Order# 111-2138441-2333861

[View or Print invoice]

**Shipping Address**
1407 BROADWAY RM 202
NEW YORK, NY 10018-3869
United States

**Payment Method**
 VISA ****

**Order Summary**
| | |
|---|---|
| Item(s) Subtotal: | $27.99 |
| Shipping & Handling: | $7.97 |
| Free Shipping: | -$7.97 |
| Total before tax: | $27.99 |
| Estimated tax to be collected: | $2.48 |
| **Grand Total:** | **$30.47** |

Transactions

### Delivered Nov 4, 2022
Your package was left near the front door or porch.



**Besign LSX3 Aluminum Laptop Stand, Ergonomic Adjustable Notebook Stand, Riser Holder Computer Stand Compatible with Air, Pro, Dell, HP, Lenovo More 10-15.6" Laptops (Black)**
Sold by: Besign Direct
Return eligible through Jan 31, 2023
$27.99
**Condition:** New

 Buy it again

- Track package
- Return or replace items
- Share gift receipt
- Leave seller feedback
- Write a product review
- Archive order

### Customers Who Bought Items in Your Order Also Bought
Page 1 of 12



**Logitech MK270 Wireless Keyboard And Mouse...**
★★★★☆ 75,615
#1 Best Seller in Computer Keyboard & Mouse Combos
$22.99
List: $27.99
Get it as soon as **Saturday, Nov 19**
FREE Shipping on orders over $25 shipped by Amazon
🌱 Climate Pledge Friendly

**MROCO Ergonomic Mouse Pad with Wrist Support Gel Mouse Pa...**
★★★★☆ 18,970
$9.99
List: $15.49
Get it as soon as **Friday, Nov 18**
FREE Shipping on orders over $25 shipped by Amazon
 🌱 Climate Pledge Friendly

**Arteck 2.4G Wireless Keyboard Stainless Steel Ultra Slim Full Size...**
★★★★☆ 24,627
$27.99
List: $39.99
Get it as soon as **Saturday, Nov 19**
FREE Shipping on orders over $25 shipped by Amazon

**Marbrasse Monitor Stand Riser, 16.5 Inch 2 Tier...**
★★★★☆ 1,524
Amazon's Choice in Computer Monitor Stands
15% off Deal
$19.53
Was: $22.98
Get it as soon as **Saturday, Nov 19**
FREE Shipping on orders over $25 shipped by Amazon

## Your Browsing History   View or edit your browsing history          Page 1 of 6

        

Back to top

### Get to Know Us
- Careers
- Amazon Newsletter
- About Amazon
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

### Make Money with Us
- Sell products on Amazon
- Sell apps on Amazon
- Supply to Amazon
- Become an Affiliate
- Become a Delivery Driver
- Start a package delivery business
- Advertise Your Products
- Self-Publish with Us
- Host an Amazon Hub
- › See More Ways to Make Money

### Amazon Payment Products
- Amazon Rewards Visa Signature Cards
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Amazon Currency Converter

### Let Us Help You
- Amazon and COVID-19
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Your Recalls and Product Safety Alerts
- Amazon Assistant
- Help

amazon   🌐 English   🇺🇸 United States

| Amazon Music<br>Stream millions of songs | Amazon Advertising<br>Find, attract, and engage customers | Amazon Drive<br>Cloud storage from Amazon | 6pm<br>Score deals on fashion brands | AbeBooks<br>Books, art & collectibles | ACX<br>Audiobook Publishing Made Easy | Sell on Amazon<br>Start a Selling Account |
| --- | --- | --- | --- | --- | --- | --- |
| Amazon Business<br>Everything For Your Business | Amazon Fresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Experienced Pros Happiness Guarantee | Amazon Ignite<br>Sell your original Digital Educational Resources | Amazon Web Services<br>Scalable Cloud Computing Services | Audible<br>Listen to Books & Original Audio Performances |
| Book Depository<br>Books With Free Delivery Worldwide | Box Office Mojo<br>Find Movie Box Office Data | ComiXology<br>Thousands of Digital Comics | DPReview<br>Digital Photography | Fabric<br>Sewing, Quilting & Knitting | Goodreads<br>Book reviews & recommendations | IMDb<br>Movies, TV & Celebrities |
| IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Amazon Photos<br>Unlimited Photo Storage Free With Prime | Prime Video Direct<br>Video Distribution Made Easy | Shopbop<br>Designer Fashion Brands | Amazon Warehouse<br>Great Deals on Quality Used Products | Whole Foods Market<br>America's Healthiest Grocery Store |
| Woot! | Zappos | Ring | eero WiFi | Blink | Neighbors App | Amazon Subscription Boxes |

| Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door |
|---|---|---|---|---|---|---|
| | PillPack<br>Pharmacy Simplified | | Amazon Renewed<br>Like-new products you can trust | | | |

Conditions of Use    Privacy Notice    Interest-Based Ads
© 1996-2022, Amazon.com, Inc. or its affiliates