IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Shenzhen Chengront Technology Co., Ltd, <br><br> Plaintiff <br><br> v. <br><br> Besign Direct and Shenzhen JianYi KeJi Youxian Gongsi <br><br> Defendant | Case No. <br><br> JURY TRIAL DEMANDED |

## AFFIDAVIT OF ZHIGANG LIU

1. My name is Zhigang Liu.

2. I am over 18 years old and understand the importance of an oath.

3. I am president of Shenzhen Chengrong Technology Co., Ltd.

4. In the summer of 2020, I oversaw the development of the laptop stand by Qi Shi, the named inventor on the United States Patent No. D955,399

5. Attached as **Exhibit A** are AutoCAD 2016 illustrations of the invention that show development of the invention occurred in August 2020.

6. On or about August 29, 2020, I shared pictures of the concept of the invention with James Guo, the president of JianYi KeJi Youxian Gongsi and Besign Direct, through text messages.

7. Attached as **Exhibit B** are those text messages between myself and James Guo.

8. On or about September 15, 2020, I sent a sample of the invention to James Guo.

9. Besign purchased the invention from us and sold through Amazon at first.

10. Since about February 2022, Besign did not purchased the invention from us, however, I was surprised to see that Besign still sold the invention on Amazon.

11.     Besign did not have the authority or permission to copy the production sample and begin selling virtually identical laptop stands on Amazon.

12.     Our regular price to sell the invention is $29.99.

13.     Besign sold the invention for $27.99 (sometimes sold with a 30% coupon)

14.     Due to the Besign's low-price sales, our sales volume was greatly reduced. Our intellectual labor is stolen, and the company's research and development and marketing costs cannot be reimbursed. As a result, the company suffered a huge loss believed up to at least one million US Dollar.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on (date).   Nov 15.2022            *Zhigang Liu*
_____
                                          Print Name:  Zhigang Liu