US00D955399S

# (12) United States Design Patent
## Shi

(10) Patent No.: **US D955,399 S**
(45) Date of Patent: ⋆⋆ **Jun. 21, 2022**

(54) **LAPTOP STAND**

(71) Applicant: **SHENZHEN BOYATA ELECTRONIC CO., LTD.**, Shenzhen (CN)

(72) Inventor: **Qi Shi**, Jieyang (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/753,086**

(22) Filed: **Sep. 30, 2020**

(51) **LOC (13) Cl.** .............................................. **14-02**
(52) **U.S. Cl.**
    USPC ....................................... **D14/447**
(58) **Field of Classification Search**
    USPC ...... D14/447, 432, 434, 439, 440, 451, 452,
    D14/457, 239, 253, 250; D8/363, 373,
    D8/380; D6/406.3, 406.4, 406.5, 406.6;
    D12/415; D21/333, 332
    CPC .............. A47B 21/04; A47B 2097/006; A47B
    2097/005; A47B 2023/049; A45C
    2011/002; A45C 2011/003; F16M
    2200/00; F16M 13/00
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D483,767 S | * | 12/2003 | Green | D14/447 |
| D539,291 S | * | 3/2007 | Li | D14/447 |
| D591,303 S | * | 4/2009 | Heggland | D14/434 |
| D680,122 S | * | 4/2013 | Yang | D14/447 |
| D730,914 S | * | 6/2015 | Park | D14/447 |
| D779,478 S | * | 2/2017 | Justiss | D14/253 |
| D829,215 S | * | 9/2018 | Magargee | D14/447 |
| D847,822 S | * | 5/2019 | Lye | D14/447 |
| D861,002 S | * | 9/2019 | Bergeron-Mirsky | D6/675.3 |
| D882,580 S | * | 4/2020 | Si | D14/447 |
| D893,499 S | * | 8/2020 | Kirkpatrick | D14/447 |

* cited by examiner

*Primary Examiner* — Angela J Lee

(57) **CLAIM**

The ornamental design for a laptop stand, as shown and described.

**DESCRIPTION**

FIG. **1** is a first perspective view of a laptop stand showing my new design;
FIG. **2** is a second perspective view thereof;
FIG. **3** is a front view thereof;
FIG. **4** is a back view thereof;
FIG. **5** is a left side view thereof;
FIG. **6** is a right side view thereof;
FIG. **7** is a top view thereof; and,
FIG. **8** is a bottom view thereof.
The broken lines shown in the drawings depict portions of the laptop stand in which the design is embodied that form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8