

UNITED STATES PATENT AND TRADEMARK OFFICE

UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND
DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

JULY 26, 2022

PTAS

SHENZHEN HOYI INTERNATIONAL IP CO., LTD.
ROOM 1308, 13TH FLOOR, BLOCK A, WEIDONGLONG
BUSINESS BUILDING, LONGHUA DISTRICT
SHENZHEN, 518000 CHINA

**507401311**

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT RECORDATION BRANCH
OF THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE COPY IS AVAILABLE AT THE
ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE INFORMATION
CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA PRESENT IN THE PATENT
AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD FIND ANY ERRORS OR HAVE
QUESTIONS CONCERNING THIS NOTICE, YOU MAY CONTACT THE ASSIGNMENT RECORDATION
BRANCH AT 571-272-3350. PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT
AND TRADEMARK OFFICE, MAIL STOP: ASSIGNMENT RECORDATION BRANCH, P.O. BOX
1450, ALEXANDRIA, VA 22313.

RECORDATION DATE: 07/25/2022         REEL/FRAME: 060601/0454
                                     NUMBER OF PAGES: 2

BRIEF: ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

DOCKET NUMBER:    XXL-US-ID-20056

ASSIGNOR:
    SHENZHEN BOYATA ELECTRONIC CO., LTD.   DOC DATE: 07/25/2022

ASSIGNEE:
    SHENZHEN CHENGRONG TECHNOLOGY
       CO.,LTD
    ROOM 402, NO. 18 QUESHANYUNFENG RD.,
       GAOFENG COMM.
    DALANG ST., LONGHUA DIST.
    SHENZHEN, GUANGDONG, CHINA 518109

APPLICATION NUMBER: 29753086          FILING DATE: 09/30/2020
PATENT NUMBER: D955399                ISSUE DATE: 06/21/2022
TITLE:  LAPTOP STAND


ASSIGNMENT RECORDATION BRANCH
PUBLIC RECORDS DIVISION