# **<u>EXHIBIT 1</u>**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Shenzhen Chengront Technology Co., Ltd, | Case No. 22-cv-10281-JLR |
| Plaintiff | Hon. Judge: Jennifer L. Rochon |
| v. | |
| Besign Direct and Shenzhen JianYi KeJi Youxian Gongsi | |
| Defendants | |

<u>**DECLARATION OF LIJUN SHAO**</u>

I, Lijun Shao, hereby declare as follows:

1. My name is Lijun Shao. I am over 18 years older and understand the importance of an oath.

2. I am an employee of the Plaintiff Shenzhen Chengront Technology Co.Ltd.

3. On December 9, 2022 in the afternoon, I visited Jinhuhuayuan B Jinhu Rd., Qingshuihe St., Luohu District. Shenzhen City, China.

4. The attached **Exhibit A** is a photo taken by me on December 9, 2022 regarding the outlook of Jinhuhuayuan B Jinhu Rd., Qingshuihe St., Luohu District. Shenzhen City, China. The yellow circle part is Chinese characters of "金湖路" (translated as "Jinhu Road") and the red circle part is Chinese characters of "金湖花园" (translated as "Jinhuhuayuan").

5. I asked a mane in security work uniform at the gate, who identify himself as the gate security for the entire community known as Jinhuhuayuan, if they know "Besign Direct" or "Shenzhen JianYi KeJi Youxian Gongsi".

6. The gate security man said "he had been working here for more than 5 years and had never heard about these two names". What's more, he said "this is an entire resident community".

7. The gate security man directed me to the community management office to check.

8. Directed by the gate security man, I went to the building management office and talked to a man (the "Male Worker"), who identified himself as the staff working for the community management company.

9. I  asked him if he know "Besign Direct" or "Shenzhen JianYi KeJi Youxian Gongsi" was registered in this community.

10. The Male Worker checked his record and replied no.

11. I then asked whether "Besign Direct" or ""Shezhen JianYi KeJi Youxian Gongsi" set its office in this community?

12. The Male Worker responded in the negative again.

13. I further asked how he was sure about this information.

14. The Male Worker told me that the management office is responsible for the management of the entire community's utility bills, and therefore, they maintain each and every household's information.

15. I tried to locate the Rm. 401, Unit 1, Bldg B1, Jinhuhuayuan B Jinhu Rd., Qingshuihe St., Luohu Dist. Shenzhen City, China, and found it. I knocked on the door, there was no response and no voice inside. So I left there.

16. The attached **Exhibit B** is a photo taken by me on December 9, 2022 regarding the outlook of Bldg B1, Jinhuhuayuan B Jinhu Rd., Qingshuihe St., Luohu District. Shenzhen City, China.

17. On December 20, 2022, I went to Rm. 401, Unit 1, Bldg B1, Jinhuhuayuan B Jinhu Rd., Qingshuihe St., Luohu Dist. Shenzhen City, China again.

18. The attached **Exhibit C** is a photo taken by me on December 20, 2022 regarding the outlook of Rm. 401, Unit 1, Bldg B1, Jinhuhuayuan B Jinhu Rd., Qingshuihe St., Luohu District. Shenzhen City, China. The yellow circle part is Chinese characters of "金湖花园 B区1栋第一单元" (translated as "Rm. 401, Unit 1, Bldg B1, Jinhuhuayuan B") .

19. This time, before knocking on the door, I heard at least two voices inside the room, one woman and one child.

20. I knocked on the door, and a woman asked what we did. She didn't open the door for me.

21. I told her we are looking for an amazon store called "Besign Direct" and asked whether this is the business address of "Besign Direct". The woman inside answered no.

22. I further asked whether this is the business address of "Shezhen JianYi KeJi Youxian Gongsi". The woman inside answered no.

23. Accordingly, based on the circumstances and experiences described above, Rm. 401, Unit 1, Bldg B1, Jinhuhuayuan B Jinhu Rd., Qingshuihe St., Luohu District. Shenzhen

City, China is a resident address. And it is not the business address of "Besign Direct"

and "Shenzhen JianYi KeJi Youxian Gongsi".


I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed on: January 3, 2023

*Lijun Shao*

Lijun Shao

# Exhibit A



# Exhibit B



# Exhibit C

