UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHENZHEN CHENGRONT TECHNOLOGY CO., LTD,<br><br>                    Plaintiff,<br><br>         -against-<br><br>BESIGN DIRECT and SHENZHEN JIANYI KEJI YOUXIAN GONGSI,<br><br>                    Defendants. | Case No. 1:22-cv-10281 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record at the April 13, 2023 teleconference, Plaintiff's motion for a preliminary injunction is DENIED. At the parties' request, by separate Order to be issued forthwith, the Court will refer the parties to the Magistrate Judge for a settlement conference.

The Clerk of Court is respectfully directed to terminate the motion pending at ECF No. 17.

Dated: April 13, 2023
         New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge