UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SHENZHEN CHENGRONT TECHNOLOGY
CO., LTD,

                         Plaintiff,                       **ORDER**

                      -against-                      22-CV-10281 (JLR) (JW)

BESIGN DIRECT AND SHENZHEN
JIANYI KEJI YOUXIAN GONGSI,

                       Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This matter has been referred for settlement. Dkt. No. 39. The Parties are directed to contact Courtroom Deputy Christopher Davis via email by **April 21, 2023** at WillisNYSDChambers@nysd.uscourts.gov to provide three mutually agreeable dates in June 2023. Any conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York.

      Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's Standing Order for All Cases Referred for Settlement.

SO ORDERED.

DATED:    New York, New York
                 April 13, 2023

                                                            *Jennifer E. Willis*
                                                       JENNIFER E. WILLIS
                                                       United States Magistrate Judge