# LIU, CHEN & HOFFMAN LLP

1 PENN PLAZA, STE 2508
NEW YORK, NY 10119

PHONE: (212) 547-6690
FAX: (212) 547-6692

WWW.AMBIZLAW.COM

Honorable US Magistrate Judge Jennifer Willis
Southern District of New York
40 Foley Square
New York, NY 10007

      Re: Shenzhen Chengront Technology Co., Ltd v. Besign Direct et al.
      Case No. 1:22-cv-10281-JLR (SDNY)

Dear Hon. Magistrate Judge Willis,

    Plaintiff Shenzhen Chengront Technology Co., Ltd and Defendants Besign Direct and Shenzhen JianYi KeJi Youxian Gongsi, by and through their respective undersigned counsel, jointly respectfully request a 30-day extension to conduct the Settlement Conference scheduled on June 29, 2023 at 10:30 am in courtroom 228. In support, the parties jointly state as follows:

    1. The parties have been engaging in good-faith and extensive settlement discussions during the past two months and have come to an agreement in principle.

    2. In accordance with the parties' positions in the discussions, the parties have started drafting the settlement agreement, and expect to exchange draft agreements in the coming days.

    At this stage, it appears that a formal settlement conference may not be necessary. To avoid unnecessarily burdening the Court, the parties respectfully request adjournment of the Settlement Agreement originally scheduled on June 29, 2023 at 10:30 am in courtroom 228 to July 29, 2023 at a time and courtroom convenient for the Court, should the Settlement Agreement be still necessary at that time.

    Your honor's time and consideration is greatly appreciated.

Date: June 21, 2023

| | |
|---|---|
| /s/ Yong Chen | /s/ Jiyuan Zhang |
| Yong Chen (YC0914) | Jiyuan Zhang, Esq (JZ7401) |
| Attorney for Defendants | 136-20 38th Avenue, Ste 11G |
| LIU, CHEN & HOFFMAN LLP | Flushing, NY 11354 |
| 1 Penn Plaza, Ste 2508 | T 607-948-3339 |
| New York, NY 10119 | F 917-341-7980 |
| (212) 547-6694 (Tel) | contact@jzhanglaws.com |
| ychen@ambizlaw.com | |

---

GRANTED. The Settlement Conference is adjourned to August 16, 2023 at 11:30am. The conference will take place in Courtroom 228 of the Thurgood Marshall US Courthouse located at 40 Foley Square New York, NY 10007. SO ORDERED.

_Jennifer E. Willis_
_____
Jennifer E. Willis
United States Magistrate Judge
June 22, 2023